JOHN BANGO, PLAINTIFF-PETITIONER, v. DONALD WARD AND ROBERT FARISS, DEFENDANTS-RESPONDENTS.

See same case below: 21 *N. J. Super.* 500.

*Mr. Robert C. Gruhin* for the petitioner.

*Mr. John C. Stockel* for the defendant.

February 2, 1953. Granted.

FRANK C. FERGUSON, PLAINTIFF-PETITIONER, v. JULIUS A. RIPPEL, ET ALS., DEFENDANTS-RESPONDENTS.

See same case below: 21 *N. J. Super.* 59.

*Messrs. Milton, McNulty & Augelli* for the petitioner.

*Messrs. Toolan, Haney & Romond* for the respondents.

February 9, 1953. Denied.